# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN,<br><br>    Plaintiff,<br><br>  v.<br><br>K. HUNT, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00469-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 12) |

Plaintiff Paul W. Braden is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 17, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 12.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated: __May 26, 2023__

UNITED STATES MAGISTRATE JUDGE

1