**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL W. BRADEN,<br><br>           Plaintiff,<br><br>    v.<br><br>K. HUNT, *et al.*,<br><br>           Defendants. | Case No. 1:23-cv-0469 KES SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE ACTION PROCEED ON THE COGNIZABLE CLAIM<br><br>Doc. 21 |

Paul W. Braden asserts that he suffered civil rights violations while incarcerated at Kern Valley State Prison. *See* Doc. 17. The magistrate judge screened Braden's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Braden stated a cognizable claim for excessive force against Defendants Duran, Kiester, Diaz, and Vieth. Doc. 18 at 4-5. The magistrate judge found Braden failed to state a cognizable claim for deliberate indifference to a serious medical need against any defendants. *Id.* at 5-7. Braden responded to the Screening Order by indicating his willingness to proceed only on the excessive force claim. Doc. 19.

The magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending the action proceed only on the cognizable claim. Doc. 21 at 1-2. The Court served the findings and recommendations on Braden and granted him 14 days to file any objections. *Id.* at 2. No objections were filed.

Consistent with 28 U.S.C. § 636(b)(1), this court reviewed this case de novo.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations (Doc. 21) are **ADOPTED** in full.

2. This action **SHALL** proceed only on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants Duran, Kiester, Diaz, and Vieth.

3. All other claims and defendants are **DISMISSED**.

4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 12, 2026

UNITED STATES DISTRICT JUDGE

2