UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN,<br><br>     Plaintiff,<br><br>    v.<br><br>K. HUNT, et al.,<br><br>     Defendants. | No.  1:23-cv-00469-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITHOUT PREJUDICE<br><br>(ECF No. 29) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to compel, filed June 12, 2026.  (ECF No. 29.)

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, a party propounding discovery may seek an order compelling disclosure when an opposing party has failed to respond or has provided evasive or incomplete responses. Fed. R. Civ. P. 37(a)(2)(3).

In this case, Plaintiff's motion to compel is premature.  Although the Court ordered service of the first amended complaint on Defendants Duran, Kiester, Diaz, and Vieth, at the time the instant motion was filed Defendants had not yet filed an answer to the complaint and the discovery phase was not yet open.  Plaintiff is directed to the Court's first informational order,

1

filed on March 28, 2023. (ECF No. 7.)  In that order, Plaintiff was specifically informed that he may not conduct discovery until defendants file an answer and the court issues the discovery order.  (Id. at 4.)  Thus, Defendants are under no obligation to respond to Plaintiff's discovery requests, even if any were properly served, at this juncture.  Furthermore, Plaintiff is advised that once discovery is open, Court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue.  Such documents are to be served on the opposing party, and not with the court.  Local Rules 250.2, 250.3, 250.4.  Discovery requests improperly filed with the Court shall be stricken from the record.  Accordingly, Plaintiff's motion to compel is denied without prejudice.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2