UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN, Plaintiff, v. K. HUNT, et al., Defendants. | No. 1:23-cv-00469-KES-SAB (PC) ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM SEPTEMBER 3, 2026 TO **SEPTEMBER 17, 2026, AT 9:30 A.M.** BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE (ECF No. 33) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 18, 2026, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins, and set a settlement conference on September 3, 2026, at 9:30 a.m. (ECF No. 33.) The Court advised defense counsel to "contact the Litigation Coordinator at the institution where Plaintiff is housed to determine whether the institution can accommodate a Zoom video appearance by Plaintiff at th[e] date and time" provided in the order. (Id. at 4.)

Because the institution where Plaintiff is currently incarcerated cannot accommodate the settlement conference on September 3, 2026, it is HEREBY ORDERED that:

**1.** The video settlement conference is rescheduled to **September 17, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe**;

2. The parties shall submit their confidential settlement statement as set forth in the Court's June 18, 2026, order, on or before September 10, 2026; and

3. All other provisions of the Court's June 18, 2026, remain in effect.

IT IS SO ORDERED.

Dated: **August 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge