UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN,<br>Plaintiff,<br>v.<br>K. HUNT, et al.,<br>Defendants. | No. 1:23-cv-00469-KES-SAB (PC)<br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br>(ECF No. 38) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 3, 2026, the Court issued a writ of habeas corpus ad testificandum for Plaintiff's appearance via Zoom at a settlement conference on September 3, 2026. (ECF No. 38.) By way of separate order, the settlement conference is rescheduled to September 17, 2026. Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum, filed on August 3, 2026, is VACATED. The Court will issue a new transportation writ for Plaintiff's appearance in due course.

IT IS SO ORDERED.

Dated: **August 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge