UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN,<br>Plaintiff,<br>v.<br>K. HUNT, et al.,<br>Defendants. | No. 1:23-cv-00469-KES-SAB (PC)<br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM SEPTEMBER 3, 2026 TO **NOVEMBER 4, 2026, AT 9:30 A.M.** BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE<br>(ECF No. 39) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on September 17, 2026. (ECF No. 39.) However, because the institution where Plaintiff is currently incarcerated cannot accommodate the settlement conference on September 17, 2026, it is HEREBY ORDERED that:

**1.** The video settlement conference is rescheduled to **November 4, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe**;

2. The parties shall submit their confidential settlement statement as set forth in the Court's June 18, 2026, order, on or before **October 28, 2026**; and

3. All other provisions of the Court's June 18, 2026, remain in effect.

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge