UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BRADEN,<br>Plaintiff,<br>v.<br>K. HUNT, et al.,<br>Defendants. | No. 1:23-cv-00469-KES-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 41) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 17, 2026, the Court issued a writ of habeas corpus ad testificandum for Plaintiff's appearance via Zoom at a settlement conference on September 17, 2026. (ECF No. 41.) By way of separate order, the settlement conference is rescheduled to November 4, 2026. Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum, filed on August 17, 2026, is VACATED. The Court will issue a new transportation writ for Plaintiff's appearance in due course.

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge