UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL W. BRADEN,

Plaintiff,

v.

K. HUNT, et al.,

Defendants.

No. 1:23-cv-00469-KES-SAB (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, PAUL W. BRADEN CDCR #AF-6954

(ECF No. 49)

A settlement conference in this matter commenced on November 4, 2026. Inmate Paul W. Braden, CDCR #AF-6954 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 4, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE